823 F.2d 548
 Myers-Bey (Jerry), Fulton-El (Tom), Cunningham-Bey (Ossie),
Willis-Bey (Orlandis), Perry-El (Joseph),
Sellars-El (Kelvin W.), Ford-El (Glenn)
v.
Woodard (James C.), McNamara (Rae H.), Beshears (E.D.),
Walker (R.A.L.), Nubee (Muhammad), Allsbrook (Harry),
Stephenson (Linwood V.), Smith (John), Creecy (Charles M.),
Evans (Frank), Chaplain Andeson, Caledonia Inst.
 NO. 87-7002
 United States Court of Appeals,
Fourth Circuit.
 JUN 25, 1987
 
 1
 Appeal From: E.D.N.C.
 
 
 2
 AFFIRMED.